This is to advise that on July 18, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-111

In action

Ct. No. 03-00526

Whirlpool Corporation,
(Plaintiff,)

v.

United States,
(Defendant.)